UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| KIM HUFF | ) |
| | ) |
|     PLAINTIFF | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION |
| | ) NO.  3:21-cv-297-DJH |
| CIGNA GROUP INSURANCE A/K/A | ) |
| LIFE INSURANCE COMPANY OF | ) |
| NORTH AMERICA | ) |
| | ) |
|     DEFENDANT | |

**DEFENDANT'S RULE 7.1 DISCLOSURE STATEMENT**

Defendant, Life Insurance Company of North America ("LINA"),[1] pursuant to Rule 7.1 of the Federal Rules of Civil Procedure hereby makes the following disclosures:

    1) LINA is a wholly owned subsidiary of New York Life Insurance Company;

    2) New York Life Insurance Company is not a subsidiary of any other entity which owns 10% or more of the stock of the New York Life Insurance Company.

Respectfully submitted,

/s/Mitzi D. Wyrick
Mitzi D. Wyrick
David A. Calhoun
WYATT, TARRANT & COMBS, LLP
400 West Market Street, Suite 2000
Louisville, Kentucky  40202-2898
(502) 589-5235
(502) 589-0309

---

[1] The Complaint incorrectly identifies the Defendant as "Cigna Group Insurance a/k/a Life Insurance Company of North America."  The Defendant's correct legal name is Life Insurance Company of North America.  Life Insurance Company of North America is no longer affiliated with Cigna as it was acquired by New York Life Insurance Company on December 31, 2020.

dcalhoun@wyattfirm.com
mitziwyrick@wyattfirm.com
**Counsel for Defendant, Life Insurance Company of North America**

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

Robert A. Florio
1500 Story Avenue
Louisville, Kentucky 40206
**Counsel for Plaintiff**

/s/ Mitzi D. Wyrick
Mitzi D. Wyrick

100486227